**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GURGEN PETROSYAN,

    Plaintiff,

v.                                        Case No. 3:22-cv-461-MMH-PDB

ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

**O R D E R**

    **THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 19; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on October 3, 2022. In the Report, Judge Barksdale recommends that Plaintiff's Motion for a Preliminary Injunction (Doc. 17) be denied. See Report at 6. On October 14, 2022, Plaintiff filed a response to the Report which the Court construes as his objections to the recommendation contained in the Report. See Objections (Doc. 20; Objections). Thus, this matter is ripe for review.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."  See Rule 72(b)(3); see also 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions.  See 11th Cir. R. 3-1.[1]  As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice.  See id.; see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Dupree v. Warden, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

While it is apparent from a review of the Objections that Plaintiff is dissatisfied with the Report, he fails to identify any factual or legal error warranting its rejection.  See generally Objections.  Indeed, very little of the Objections relates to the issue addressed in the Report.  Upon independent review of the file and for the reasons stated in Judge Barksdale's Report, the

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so.  See Report at 7.

Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objections (Doc. 20) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. 19) is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Motion for a Preliminary Injunction (Doc. 17) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of November, 2022.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Copies to:
Counsel of Record
Pro Se Party